UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW FOGG,**<br><br>  Plaintiff,<br><br>  v.<br><br>**PAMELA BONDI**,<br>Attorney General,<br><br>  Defendant. | Case No. 24-cv-0792 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [12] Plaintiff's Motion for Preliminary Injunction is **DENIED**; it is further

**ORDERED** that [8] Defendant's motion for a stay is **GRANTED**; it is further

**ORDERED** that [16] Clarence Brown's Motion to Intervene is **DENIED**; it is further

**ORDERED** that the parties shall notify the Court within thirty days of any final approval of the settlement agreement in <u>Hedgepeth v. Garland</u>, EEOC Case No. 570-2016-00501X.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  <u>July 1, 2025</u>