

The Honorable Christopher R. Cooper
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Matthew Fogg v. Pam Bondi, Case No. 1:24-cv-00792-CRC**
**Status Inquiry Regarding Individual Claims Following EEOC Final**
**Ruling**

Dear Judge Cooper:

We write to respectfully inquire about the scope of this Court's July 1, 2025 stay order in light of two significant developments: (1) Defendant's withdrawal of arguments regarding Plaintiff's inability to advance individual claims, and (2) the EEOC Administrative Judge's recent final affirmance of the administrative class settlement.

**Background**

On July 1, 2025, this Court granted Defendant's motion to stay proceedings pending final EEOC approval of the administrative settlement. The Court's analysis was premised on the likelihood that "most, if not all, of Plaintiff's claims in this case will be barred by res judicata" following final administrative approval.

**Developments**

1. **Agency Withdrawal of Individual Claim Arguments**: On June 6, 2025, Defendant filed a Notice formally withdrawing "the argument set forth in

**QUINN PATTON**

*An Employment Law Firm*

838 Ritchie Highway, Suite 4, Severna Park, Maryland 21146
1629 K Street N.W. Suite 300, Washington D.C. 20006
443.247.5444 | 202.508.3664



Section IV of that reply, asserting Plaintiff's inability to opt out of an administrative settlement as an individual."

2. **Final EEOC Administrative Judge Decision**: The EEOC Administrative Judge issued the final decision affirming the administrative settlement and concluding that it was "fair, adequate and reasonable to the class." This provides the administrative finality that formed the basis for this Court's stay.

3. **Individual Claims Outside Settlement Scope:** Plaintiff's 2014 EEO complaint identifies specific post-settlement individual retaliation claims that appear temporally and substantively distinct from the class action, including alleged failures to: (1) "submit paperwork to the Internal Revenue Service to show the proper tax withholding from Complainant's 2008 settlement with the USMS"; (2) "execute all paperwork needed to adjust Complainant's worker's compensation payments and benefits"; and (3) process his 2003 EEO complaint.

**Respectful Inquiry**

Given the Agency's withdrawal of individual claim preclusion arguments and the EEOC Administrative Judge's final ruling providing administrative closure, we

**QUINN PATTON**

*An Employment Law Firm*

838 Ritchie Highway, Suite 4, Severna Park, Maryland 21146
1629 K Street N.W. Suite 300, Washington D.C. 20006
443.247.5444 | 202.508.3664



respectfully inquire whether this Court's stay order continues to apply to individual post-settlement retaliation claims that were not encompassed within the administrative class settlement, or whether Plaintiff may now proceed on such individual matters while the stay remains in effect for any class-related claims.

We also respectfully inquire whether the Court would prefer that we file a formal motion to address this matter rather than proceeding by correspondence. We make this inquiry in the spirit of judicial efficiency and in recognition of this Court's prior holdings regarding the binding nature of the administrative settlement on class-related matters.

We appreciate the Court's guidance on this matter and stand ready to provide any additional information the Court may require.

Date: 9/19/2025                                             Respectfully submitted,


                                                  /s/ Donald Quinn
                                                  Donald Quinn, Fed. Bar No. 1738652
                                                  1629 K Street N.W. Suite 300
                                                  Washington, D.C. 20006
                                                  (202)508-3644
                                                  donquinn@quinnpatton.com
                                                  *Attorney for the Plaintiff*


**CERTIFICATE OF SERVICE**


QUINN PATTON

*An Employment Law Firm*

838 Ritchie Highway, Suite 4, Severna Park, Maryland 21146
1629 K Street N.W. Suite 300, Washington D.C. 20006
443.247.5444  |  202.508.3664



I HEREBY certify, on this 19th day of September 2025, the foregoing was served by CM/EFC to all CMF users.

/s/ Donald Quinn
Donald G. Quinn

**QUINN PATTON**

*An Employment Law Firm*

838 Ritchie Highway, Suite 4, Severna Park, Maryland 21146
1629 K Street N.W. Suite 300, Washington D.C. 20006
443.247.5444 | 202.508.3664