**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

MATTHEW FOGG, et al.       \*

    Plaintiff              \*

    v.                   \*       Case No. 1:24-CV-00792

PAM BONDI             \*

U.S. ATTORNEY GENERAL

DEPARTMENT OF JUSTICE   \*

    Defendant

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 83.6(c) and Local Civil Rule 83.9, undersigned counsel, Donald Quinn of Quinn Patton, LC, respectfully moves for leave to withdraw as counsel of record for Plaintiff Matthew Fogg in the above-captioned matter. In support thereof, counsel states as follows:

**I. PROCEDURAL BACKGROUND**

1. Undersigned counsel has represented Plaintiff since the initiation of this action.

2. On July 1, 2025, the Court issued a Memorandum Opinion and Order declining to lift the stay previously imposed in this matter.

3. On August 8, 2025, the Court denied Plaintiff's Motion for Reconsideration of that Order.

4. On October 6, 2025, Plaintiff filed a Notice of Appeal from the Court's rulings.

5. Plaintiff has been fully informed of counsel's intention to withdraw and has received notice consistent with Local Civil Rule 83.9(a).

## II. GROUNDS FOR WITHDRAWAL

### A. Lack of Admission to the Appellate Court

Undersigned counsel is not admitted to practice before the United States Court of Appeals for the District of Columbia Circuit. Because Plaintiff has initiated appellate proceedings, continued representation would require such admission. Withdrawal is therefore necessary and appropriate.

### B. Irreconcilable Differences Regarding Representation

Substantial differences in professional judgment and litigation strategy have developed between counsel and client, particularly in connection with how best to proceed following the Court's decision declining to lift the stay. These differences concern core issues of case management and advocacy that, in counsel's considered view, render continued representation impracticable and inconsistent with the duties of effective representation under the D.C. Rules of Professional Conduct.

### III. PROTECTION OF CLIENT'S INTERESTS

Counsel has taken all reasonable steps to protect Plaintiff's interests:

1. Notice and Communication: Plaintiff has been advised in writing of the basis

   for withdrawal and its procedural implications.

   Client Matthew Fogg's last known mailing address is:

   Matthew Fogg
   2833 Alabama Avenue S.E. No. 0956
   Washington, D.C. 20020
   Phone: 240-375-3580
   Email carcle1@aol.com

2. Preservation of Appellate Rights: The Notice of Appeal has been timely filed,

   preserving Plaintiff's appellate rights.

3. Opportunity to Obtain New Counsel: Plaintiff has sufficient time to retain

   counsel admitted before the D.C. Circuit.

4. No Prejudice or Surprise: The grounds for this motion have been previously

   discussed with Plaintiff; withdrawal will not result in unfair surprise or

   prejudice.

5. Plaintiff will proceed pro se unless or until new counsel enters an

   appearance,

### IV. CONCLUSION

For the foregoing reasons, and in the interest of justice and orderly case administration, undersigned counsel respectfully requests that the Court:

1. **Grant** this Motion to Withdraw as Counsel for Plaintiff Matthew Fogg;

2. **Direct** that all future filings, notices, and correspondence be served directly upon Plaintiff at his last known address until substitute counsel enters an appearance; and

3. **Grant** such other and further relief as the Court deems just and proper.

Dated: 10/9/25

Respectfully Submitted,

QUINN PATTON

/s/ Donald Quinn
Donald Quinn, Fed. Bar No. 1738652
1629 K Street N.W. Suite 300
Washington, D.C. 20006
(202)508-3644
donquinn@quinnpatton.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed via the Court's CM/ECF system, and was also served by email upon Plaintiff Matthew Fogg. In addition, a copy of the foregoing was mailed by USPS First Class Mail to:

Matthew Fogg
2833 Alabama Avenue S.E. No. 0956
Washington, D.C. 20020

**/s/ Donald Quinn**
Donald Quinn